

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-22-00085-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

On February 11, 2022, relator filed a petition for writ of mandamus complaining of the trial court's "Order Following Hearing Regarding Placement for the Child A.A." rendered on January 31, 2022 and signed on February 3, 2022. The Department also filed a motion asking this court for a stay of the order. On February 14, 2022, we granted the motion to stay

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the amended petition in this court **no later than March 15, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** February 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2010-CI-00396, styled *In the Interest of A.A. and T.B., Children*, pending in the 57th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.